# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| EXAVIER WARDLAW | : | CIVIL ACTION |
|---|---|---|
| v. | : | NO. 18-1128 |
| THE CITY OF PHILADELPHIA, *et al.* | : | |

## ORDER

**AND NOW**, this 20th day of March 2018, upon considering Mr. Wardlaw's Motion to proceed *in forma pauperis* (ECF Doc. No. 1), his *pro se* Complaint (ECF Doc. No. 1-1) and for reasons in the accompanying Memorandum,, it is **ORDERED**:

1. Mr. Wardlaw's Motion to proceed *in forma pauperis* (ECF Doc. No. 1) is **GRANTED**;

2. Mr. Wardlaw's Complaint (ECF Doc. No. 1-1) is **DISMISSED without prejudice** under Rule 8 of the Federal Rules of Civil Procedure and 28 U.S.C. § 1915(e)(2)(B)(ii);

3. Mr. Wardlaw is given leave to file an amended complaint on or before **April 20, 2018** to state a plausible claim curing the defects described in our Memorandum. His amended complaint shall identify all defendants in the caption in addition to the body of his allegations, and shall describe in detail the basis for Mr. Wardlaw's claims against each defendant. The Clerk of Court shall not make service of the Amended Complaint until permitted by our Order.

4. The Clerk of Court shall furnish Mr. Wardlaw with a blank copy of this Court's current standard form to be used by a *pro se* litigant filing a civil action bearing the above-captioned civil action number.

5. If Mr. Wardlaw fails to timely file an amended complaint, his case may be dismissed for failure to prosecute without further notice.

_____
KEARNEY, J.