IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| EXAVIER WARDLAW,  **Plaintiff,** | : : : | CIVIL ACTION |
| v. | : : | NO. 18-1128 |
| THE CITY OF PHILADELPHIA, *et al.,*  **Defendants.** | : : | |

## ORDER

**AND NOW**, this 23rd day of May 2018, upon considering Plaintiff's Amended Complaint (ECF No. 7) and for reasons in the accompanying Memorandum, it is **ORDERED**:

1. The Clerk of Court shall **amend** the caption to reflect the named Defendants: (1) the Philadelphia Water Revenue Department; (2) Mrs. Harrigan; and (3) S. Cottom;

2. The Amended Complaint (ECF Doc. No. 7) is **DISMISSED with prejudice** for failure to state a claim under 28 U.S.C. § 1915(e)(2)(B)(ii) as further amendment is futile, and

3. The Clerk of Court shall **CLOSE** this case.

_____
KEARNEY, J.